IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 09-0054-KD-C |
| **GEORGE HARDESTY,** | : |
| Defendant. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted or seek monetary relief against a defendant who is immune from such relief.

DONE this the 21st day of August, 2009.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**