**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| WENDY WILLIAMS, | : |
| Plaintiff, | : |
| vs. | :     CA 09-0054-KD-C |
| GEORGE HARDESTY, | : |
| Defendant. | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to Wendy Williams' motion for leave to appeal *in forma pauperis*, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **CERTIFIED** that this appeal is not taken in good faith in that the plaintiff has failed to show that she has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals. Therefore, Williams' motion for leave to appeal *in forma pauperis* (Doc. 25) is **DENIED**.

DONE this 19th day of October, 2009.

                                                       s/ Kristi K. DuBose
                                                      KRISTI K. DuBOSE
                                                      UNITED STATES DISTRICT JUDGE